UNITED STATES DISTRICT COURT
<u>NORTHERN DISTRICT OF NEW YORK</u>

CHARLES E. COLLINS, III,

       Petitioner,

v.                                                    9:03-CV-590
                                                        (LEK/DRH)

NEW YORK STATE DIVISION
OF PAROLE,

       Respondent.

## DECISION AND ORDER

      This matter comes before the Court following a Report-Recommendation filed on April 28, 2005 by the Honorable David R. Homer, United States Magistrate Judge, pursuant to 28 U.S.C. § 636(b) and L.R. 72.3 of the Northern District of New York.  After ten days from the service thereof, the Clerk has sent the entire file to the undersigned, including the objections by Charles E. Collins, III, which were filed on May 9, 2005.

      It is the duty of this Court to "make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b).  "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." <u>Id.</u>  This Court has considered the objections and has undertaken a de novo review of the record and has determined that the Report-Recommendation should be approved for the reasons stated therein.

      Accordingly, it is hereby

      **ORDERED**, that the Report-Recommendation is **APPROVED** and **ADOPTED** in its

1

**ENTIRETY**; and it is further

      **ORDERED**, that the petition for a writ of habeas corpus is **DENIED** and **DISMISSED** in its entirery; and it is further

      **ORDERED**, that the Clerk serve a copy of this order on all parties.

      IT IS SO ORDERED.

      DATED:     November 30, 2005
                        Albany, New York

_____
Lawrence E. Kahn
U.S. District Judge